# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

| | |
|---|---|
| Doctor's Associates Inc., | **COURT MINUTES** |
| Plaintiff, | Case Number: cv 09-3148 JMR/AJB |
| v. | Date: 2/8/10 |
| Subway.SY LLC, et al., | Time Commenced: 10:30 a.m. |
| | Time Concluded: 10:45 a.m. |
| Defendant. | Time in Court: 15 Minutes |

Pretrial Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

The Pretrial Conference is continued to February 23, 2010, at 8:30 a.m.

                                                                       s/ Kathy Thobe
                                                                       Judicial Assistant